UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DEAUNDRE BAKER, <br><br> *Plaintiff,* <br><br> v. <br><br> CITY OF INDIANAPOLIS and AFSCME LOCAL 725, <br><br> *Defendants.* | Case No. 1:25-cv-01206-JRS-KMB |

## PLAINTIFF'S PRELIMINARY EXHIBIT LIST

Plaintiff Deaundre Baker submits the following list of anticipated exhibits to be presented at trial. This list is preliminary, and Plaintiff reserves the right to supplement or amend this list at any time prior to trial.

1. Grievance and corresponding letter signed by Plaintiff and dated July 26, 2023;

2. Text messages exchanged between Plaintiff and Tim Robinson on December 11 and 12, 2023;

3. Letter to the City of Indianapolis from Dr. Claudia E. Sears, dated December 12, 2023;

4. Memorandum from Tyrone White to the Plaintiff regarding Pre-Disciplinary Meeting, dated December 29, 2023;

5.  Email correspondence between Plaintiff and Seraph Burgin-Powell dated January 2, 2024;

6.  City of Indianapolis medical release form signed by Plaintiff and dated January 2, 2024;

7.  Written correspondence between the City of Indianapolis and Plaintiff's health care providers dated January 2 and 3, 2024;

8.  Text messages exchanged by Plaintiff and Kenny Stringer between January 5 and 22, 2025;

9.  Memorandum from Tyrone White to the Plaintiff regarding Pre-Disciplinary Meeting, dated January 16, 2024;

10.  Text messages exchanged by Plaintiff and Steven Quick between January 17 and February 5, 2025;

11.  Text messages exchanged by Plaintiff and Pierre Turner between January 5 and 22, 2025;

12.  Email correspondence between Plaintiff and Seraph Burgin-Powell dated January 22, 2024;

13.  Email correspondence between Plaintiff and Steven Quick dated January 2, 2024;

14.  Job bidding notice for MOT (Barricade) position dated January 22, 2024;

15.  Email correspondence between Tim Robinson and Darion Forrest dated January 29, 2024;

16.  Grievance signed by Plaintiff and dated January 29, 2024;

17. Memorandum from Tim Robinson to the Plaintiff regarding Pre-Disciplinary Meeting, dated January 29, 2024;

18. Plaintiff's email to City of Indianapolis and AFSCME officials regarding "misunderstanding when it comes to my work-related injury restriction," dated February 5, 2024, and any related and resulting email correspondence;

19. Memorandum from Tim Robinson to the Plaintiff regarding Pre-Disciplinary Meeting, dated February 2, 2024;

20. Plaintiff's Charge of Discrimination against the City of Indianapolis dated May 7, 2024;

21. Documents related to Plaintiff's EEOC charge against the City of Indianapolis and the investigation and determination thereof;

22. Plaintiff's Charge of Discrimination against AFSCME Local 725, dated September 20, 2024;

23. Documents related to Plaintiff's EEOC charge against AFSCME Local 725 and the investigation and determination thereof;

24. Plaintiff's time and attendance records from his period of employment with the City of Indianapolis;

25. Plaintiff's personnel file, including any documentation of disciplinary action against the Plaintiff and Plaintiff's job performance and job duties;

26. Documentation related to Plaintiff's medical conditions and any job-related restrictions or accommodations;

27. Plaintiffs' medical records;

28. The collective bargaining agreement between the City of Indianapolis and AFSCME Local 725;

29. City of Indianapolis-issued employee handbooks, manuals, or policy documents relating to Plaintiff's employment;

30. Transcripts of, and exhibits to, any depositions taken in this action;

31. Documents produced by the parties in discovery; and

32. Any documents identified in Defendant's initial disclosures, preliminary or final exhibits lists, including any supplements or amendments thereto.

Dated: October 24, 2025

Respectfully submitted,

*/s/ Mary Kate Dugan*
Mary Kate Dugan (No. 37623-49)
PARRHESIA LAW, LLC
P.O. Box 19053
Indianapolis, Indiana 46219
(317) 759-3089
marykate@parrhesialaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2025, a copy of the foregoing Plaintiff's

Preliminary Witness List was delivered via the Court's ECF system to the following

attorneys of record:

Brandon R. Newhart
Office of Corporate Counsel
200 E. Washington Street, Suite 1601
Indianapolis, IN 46204
T: (317) 327-4055
F: (317) 327-3968
brandon.newhart@indy.gov

Michael Brian Coppinger
Office of Corporate Counsel
200 E. Washington Street, Suite 1601
Indianapolis, Indiana 46204
T: (317) 327-4055
F: (317) 327-3968
Brian.Coppinger2@indy.gov

*Counsel for Defendant City of Indianapolis*


Robert A. Hicks
Macey Swanson LLP
429 N. Pennsylvania Street, Suite 204
Indianapolis, IN 46204-1800
Phone: (317)637-2345
Fax: (317)637-2369
Email: rhicks@maceylaw.com

*Counsel for Defendant AFSCME Local 725*


                                    */s/ Mary Kate Dugan*
                                    Mary Kate Dugan