UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| DEAUNDRE BAKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:25-cv-01206-JRS-KMB |
| | ) | |
| CITY OF INDIANAPOLIS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## TRIAL SETTING AND NOTICE OF FINAL PRETRIAL CONFERENCE

This cause is hereby set for a Jury Trial before Judge James R. Sweeney II on **April 19, 2027 at 9:00 a.m. (ET)** in Room 202 of the U.S. Courthouse, 46 E Ohio Street, Indianapolis, Indiana.

A Final Pretrial Conference is also set for **April 1, 2027 at 9:00 a.m. (ET)** in Room 202 of the U.S. Courthouse, 46 E Ohio Street, Indianapolis, Indiana.

Date: 10/27/2025

JAMES R. SWEENEY II, CHIEF JUDGE
United States District Court
Southern District of Indiana

Distribution:

Michael Brian Coppinger, II
brian.coppinger2@indy.gov

Mary Kate Dugan
Parrhesia Law, LLC
marykate@parrhesialaw.com

Robert Adam Hicks
Macey Swanson Hicks & Sauer
rhicks@maceylaw.com

Brandon Robert Newhart
Consolidated City of Indianapolis and County of Marion
brandon.newhart@indy.gov